

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case #10-20094-civ-Altonaga/Brown

GLEN TOWNSEND
        Plaintiff,

v.

DEPT. of VETERANS AFFAIRS et al,
        Defendants

<u>MOTION IN SUPPORT OF APPEAL</u>

Comes now the Plaintiff and states the following in support of this appeal:

1. Rights. Speaking as a registered voter and U. S. citizen. I have lost the opportunity to legally (stand my ground) Because this case was dismissed without relief granted.

2. The failure to receive treatment at VAMC (Kansas City, MO,) was a violation of my civil rights.

3. The injury that resulted from not receiving treatment was a violation of my constitutional rights, the Eighth Admendment clause against cruel and unusual punishment. The cruelty is from the injury suffered. For not preventing the injury.

In Florida it is a crime to not provide care for a sick or injured animal. Therefore, treatment for sick veterans is not less critically important than that of animals.

4. Veterans Affairs Committee of the U. S. Congress. On 7/9/12 a letter was mailed to the office of Congress member Fredericka Wilson. I have receive acknowledgement from Chief of Staff Ms Tamara Philippeaux. The contents of this letter is the response I received from the St. Petersburg, FL Office on March 3, 2012.

That same letter will be forwarded to the Chairperson of the Veterans Affairs Committee.

5. Who write federal laws for the Dept. of Veterans Affairs? Who determine and manage a budget for the Dept. of Veterans Affairs? Who determine eligibility for VA programs? The above legislative branch of the federal government. In this case the law pertaining to disability have been disregarded.

> This is not the first time ever that I have done a case in the federal court system. A settlement was reached through Mediation in that first case, October 2009. The office of Congresswoman Fredericka Wilson is onw single resource.
> More will be found and used if necessary including the local news media to cause negative publicity.

WHEREFORE. For the sake of justice. I pray that you will let this case continue. Relief, increased disability rating, payment retroactive to March 2010.

Tort Claim, for permanent injury, $37.000.

Dated: 7-24-2012

Cordially Submitted,

Glen Townsend
2315 NW 101st St
Miami, FL   33147